**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BORIS BROWN,

                Petitioner,           24 **CIVIL** 8271 (DEH)

   -against-                       **JUDGMENT**

MARLYN KOPP, Superintendent, Sing Sing
Correctional Facility,
                Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 16, 2025, Brown's Petition must be DENIED and is DISMISSED. His Letter Motion for Oral is DENIED as moot. As Brown has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); see also, e.g., Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012); accordingly, the case is closed.

**DATED:** New York, New York
           September 17, 2025

                                                             **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

           **BY:**

                                                              **Deputy Clerk**